IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH L. CLEGHORN,** | : | |
| Plaintiff | : | No. 1:15-cv-00914 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Schwab)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the** | : | |
| **Social Security Administration** | : | |
| Defendant | : | |

### ORDER

Presently before the Court in this above-captioned action is the September 9, 2016 Report and Recommendation of Magistrate Judge Schwab. (Doc. No. 9.) No timely objections have been filed.[1] Accordingly, this 26TH day of September 2016, upon review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 9), of Magistrate Judge Schwab;

2. The Commissioner's decision is **VACATED**, and Plaintiff's request for relief is **GRANTED**;

3. Judgment is entered in favor of Plaintiff and against Defendant;

4. This case shall be remanded to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g); and

5. The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] Defendant waived the opportunity to object to the Report and Recommendation entered by Magistrate Judge Schwab on September 22, 2016. (Doc. No. 10.)